IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANIEL R. WILLARD, TAMMY D. WILLARD, ROBERT L. WILLARD, JR., and CELENA D. SOMERSET, | ) ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | CIVIL ACTION NO 09-0406-KD-N |
| BALDWIN COUNTY BOARD OF EDUCATION, | ) ) ) | |
| Defendant. | ) ) | |

## **JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the motion to dismiss filed by defendant Baldwin County Board of Education is **GRANTED** and this action is **DISMISSED**.

**DONE** this 31st day of December, 2009.

                                                  **s/ Kristi K. DuBose**
                                                  **KRISTI K. DuBOSE**
                                                  **UNITED STATES DISTRICT JUDGE**