# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DANIEL R. WILLARD, TAMMY D. WILLARD, ROBERT L. WILLARD, JR., and CELENA D. SOMERSET,   )<br>)<br>)<br>) | |
| **Plaintiffs**   )<br>) | |
| vs.   ) | **CIVIL ACTION NO 09-0406-KD-N** |
| )<br>BALDWIN COUNTY BOARD OF   )<br>EDUCATION,   )<br>) | |
| **Defendant.**   ) | |

## **JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED,** **ADJUDGED,** and **DECREED** that the motion to dismiss filed by defendant Baldwin County Board of Education is **GRANTED** and this action is **DISMISSED**.

**DONE** this 31st day of December, 2009.

>   s/ Kristi K. DuBose
>   **KRISTI K. DuBOSE**
>   **UNITED STATES DISTRICT JUDGE**